FILED

11/23/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0476

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 21-0476

IN THE MATTER OF:

G.M.,

Respondent and Appellant.

## **GRANT**

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until December 23, 2021, to prepare, file, and serve the Appellant's opening brief.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
November 23 2021